UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-04223 DDP (AGRx) | Date | August 17, 2015 |

Title   ELIZABETH CASTILLO and CHRIS MARKER, on behalf of themselves and all others similarly situated and the general public -V- LONG BEACH MEMORIAL MEDICAL CENTER, a California corporation; MILLER CHILDREN'S HOSPITAL LONG BEACH, a California corporation; MEMORIAL CARE HEALTH SYSTEM, a business entity unknown

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Antonelli | Travis M. Gemoets |

Proceedings:

MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFFS ELIZABETH CASTILLO, CHRIS MARKER (**DOCKET NUMBER 16**)
MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFFS' FIRST AMENDED COMPLAINT AMENDED COMPLAINT/PETITION FILED BY DEFENDANTS LONG BEACH MEMORIAL MEDICAL CENTER, MILLER CHILDRENS HOSPITAL LONG BEACH (**DOCKET NUMBER 18**)

Court hears oral argument and takes the matters under submission.

| | 0 0 | : | 19 |
|---|---|---|---|
| | Initials of Preparer | | JAC |